**CV 20-1798(JS)(SIL)**

**FILED
CLERK**

6:22 pm, Aug 26, 2020

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

# SCHEDULING ORDER

**DEADLINES & COURT APPEARANCES**

<u>  Complete  </u> : Exchange of Rule 26(a)(1) disclosures

<u> 9/21/2020 </u> : Service of first interrogatories and document demands

<u> 10/21/2020 </u> : Responses to first interrogatories and document demands

<u> 1/15/2021 </u> : Motions to join new parties or amend the pleadings

<u>**TBD by Court:**</u>   Status conference in courtroom 820   **1/6/2021 at 10:00 am**

<u> 12/15/2020 </u> : Completion of depositions

<u> 2/26/2021 </u> : Identification of case-in-chief experts and service of Rule 26 disclosures

<u> 3/26/2021 </u> : Identification of rebuttal experts and service of Rule 26 disclosures

<u> 4/15/2021 </u> : Commencement of summary judgment motion practice.

<u>**TBD by Court:**</u>   Pretrial conference in courtroom 820   **5/4/2021 at 10:00 am**


**SO ORDERED:**
<u>**/S/ STEVEN I. LOCKE**</u>
            **Steven I. Locke, U.S.M.J.**